IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GEORGE TAYLOR,

                Plaintiff,

v.

THEODORE ANDERSON, JAMES MOORE,
CHRISTOPHER BORTZ, BRANDON KLIEST,
CHLOE WARE, CHRISTOPHER OLSON,
DUSTIN ROHWER, and
JONATHAN D. BOHNSACK,

                Defendants.

OPINION and ORDER

19-cv-300-jdp

---

      Pro se plaintiff George Taylor is currently incarcerated at Green Bay Correctional Institution (GBCI). He says that officials at Columbia Correctional Institution (CCI), where he was formerly incarcerated, violated his rights during and after a strip search. Two issues are before the court. First, Taylor moves to compel defendants to produce photographs of Taylor's alleged injuries and video footage of the search from defendant Theodore Anderson's body camera. Dkt. 78. Second, defendants ask me to clarify my order on their motion for partial summary judgment on exhaustion grounds. Dkt. 93.

      Regarding Taylor's motion to compel, although I have already concluded that defendants provided all responsive photographs, I directed defendants to respond to Taylor's explanation of why he believed he hadn't received the footage from Anderson's camera. Dkt. 89. Defendants respond that Taylor has had access to Anderson's footage for several months and that he has viewed the footage. Dkt. 94. But they also say that they have learned that footage from defendant James Moore's body camera was mislabeled with defendant Chloe Ware's name, and that footage from the handheld camera operated by Ware wasn't provided

to GBCI when Taylor was transferred there. They say that both errors have been corrected and that Taylor has now been able to view all three videos. Taylor also recently filed a motion to amend his complaint based on viewing new video footage, Dkt. 90, which I denied as unnecessary, Dkt. 92. I am convinced that defendants have provided all responsive footage to Taylor, so I will deny his motion.

Regarding defendants' motion for clarification, they ask me to clarify whether any of Taylor's claims against defendants Dustin Rohwer, Christopher Olson, and Jonathan D. Bohnsack survived my ruling on defendants' exhaustion motion. In screening Taylor's complaint, I gave him leave to proceed on two sets of claims against these defendants. One involved their refusal to give Taylor a mattress to sleep on in his cell, and the other involved their refusal to obtain medical care for a cut on Taylor's buttock. *See* Dkt. 13, at 5–6. I then granted defendants' motion for partial summary judgment in which they contended that Taylor hadn't exhausted his claims regarding the mattress, and I dismissed Rohwer, Olson, and Bohnsack from the case. Dkt. 73. But defendants' motion didn't address Taylor's medical-care claims against these defendants, so dismissing them from the case was an error. Taylor's medical-care claims against defendants Dustin Rohwer, Christopher Olson, and Jonathan D. Bohnsack are still in the case.

In their motion, defendants ask for an extension of 30 days of the deadline for dispositive motions, currently December 7, 2020. That deadline has already been extended twice, and there is not room in the schedule for another lengthy extension. But I will give the parties a shorter extension to December 21, 2020.

ORDER

IT IS ORDERED that:

1. Plaintiff George Taylor's motion to compel discovery, Dkt. 78, is DENIED.

2. Defendants' motion for clarification, Dkt. 93, is GRANTED in part. The portion of the court's order on defendants' motion for partial summary judgment, Dkt. 73, dismissing defendants Dustin Rohwer, Christopher Olson, and Jonathan D. Bohnsack from the case is VACATED.

3. The dispositive motions deadline is EXTENDED to December 21, 2020, with responses due on January 20 and replies on February 1. The remainder of defendants' motion is DENIED.

Entered November 23, 2020.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      JAMES D. PETERSON
                                      District Judge