IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GEORGE TAYLOR,

    Plaintiff,

  v.

THEODORE ANDERSON, JAMES MOORE, CHRISTOPHER BORTZ, BRANDON KLIEST, CHLOE WARE, CHRISTOPHER OLSON, DUSTIN ROHWER, MICHELLE KESSENICH, AND JONATHAN D. BOHNSACK,

    Defendants.

Case No.  19-cv-300-jdp

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/3/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |